

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL GONZALEZ-NAVARRO,<br><br>Defendant. | Criminal Case No. 07CR916-GT<br><br><br><br>ORDER |

ORDER

Upon joint motion of the parties, brought in the interests of justice and of conservation of court resources, and good cause appearing therefore, IT IS HEREBY ORDERED that the Petition of January 25, 2010, for Order to Show Cause regarding violation of supervised release be dismissed, without prejudice, as to defendant Miguel Angel Gonzalez-Navarro.

IT IS FURTHER ORDERED that any future hearing dates be vacated.

DATED: Sept. 13, 2010

HONORABLE GORDON THOMPSON, JR.
United States District Judge